IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| CENTRAL STATES MANUFACTURING, INC., <br><br>　　　　Plaintiff, <br><br>v. <br><br>NELSON WADE PALMER, d/b/a L & K METALS and also d/b/a J & W TRUSS; and L & K METALS, INC., <br><br>　　　　Defendants. | CIVIL ACTION NO. 02-JEO-1069-NW |

## MEMORANDUM OPINION

On June 24, 2002, the plaintiff requested that the Clerk of the Court enter a default against the defendants premised on their failure to plead or otherwise defend this action. (Doc. 7). Included with the request was the affidavit of Charles L. Harwell, counsel for the plaintiff. Therein, he asserts that the plaintiff is owed $95,898.89 from the defendants. (Doc. 8). The affidavit further states that the plaintiff has incurred court costs in the amount of $240.00.

Premised on the foregoing, the court finds that the plaintiff is entitled to a judgment in the amount of $95,898.89, with interest at the prevailing rate and court costs in the amount of $240.00. An appropriate order will be entered.

DONE, this 14th day of August, 2002.

EDWIN L. NELSON
United States District Judge